UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA ROSENBLOOM, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

NATIONAL HEALTH PLANS & BENEFITS AGENCY, LLC,

    Defendant.

Case No: 4:19-CV-13261

## STIPULATED ORDER TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

This matter has come before the Court upon the stipulation of Plaintiff and Defendant by and through their undersigned counsel, and the Court otherwise being advised of the premises:

**IT IS ORDERED** that all claims in Plaintiff's Complaint against Defendant are dismissed with prejudice and without costs to either party;

**THIS IS A FINAL ORDER AND CLOSES THE CASE.**

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: April 23, 2020

**STIPULATED AND AGREED:**

<u>/s/Christopher E. Roberts  (with consent)</u>
Christopher E. Roberts
**Admission Pending**
Licensed in MO (61895)
231 S. Bemiston Ave., Ste 260
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
croberts@butschroberts.com
*Attorney for Plaintiff*

<u>/s/ Leonard Mungo (with consent)</u>
Leonard Mungo (P43562)
31700 Telegraph Rd., Ste 250
Bingham Farms, MI 48025
Tel: (248) 792-7557
Fax: (248) 792-7303
mungol16@msn.com
*Attorney for Plaintiff*

<u>/s/Joseph N. Ejbeh</u>
Joseph N. Ejbeh (P48961)
48 S. Main, Ste 3
Mt. Clemens, MI 48043
Tel: (586) 783-3300
Fax: (586) 783-3313
ejbeh@aloia.law
*Attorney for Defendant*


Dated: April 23, 2020